UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22761-CIV-ALTONAGA

**PEDRO V. PALACIOS DUMOIS**,

    Petitioner,

v.

**FIELD OFFICE DIRECTOR, KROME
SERVICE PROCESSING CENTER**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On June 17, 2025,[1] *pro se* Petitioner, Pedro V. Palacios Dumois filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. [section] 2241 [ECF No. 1], and an Application to Proceed *In Forma Pauperis* ("IFP Motion") [ECF No. 3].

A petitioner who wishes to proceed *in forma pauperis* in a section 2241 action must file "a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. [section] 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2), Rules Governing Section 2254 Cases (alteration added); *see also id.* at 1(b) ("The district court may apply [the Rules Governing Section 2254 Cases] to a [section 2241] habeas corpus

---

[1] "Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009) (citations omitted). "Absent evidence to the contrary, [the Court assumes] that a prisoner delivered a filing to prison authorities on the date that he signed it." *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (alteration added; citation omitted).

petition[.]" (alterations added)).  Although Petitioner supplied the required affidavit of indigency, he has not filed a certificate detailing any funds he has in any institutional account (*see generally* IFP Mot.); thus, his IFP Motion is legally insufficient.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Application to Proceed *In Forma Pauperis* **[ECF No. 3]** is **DENIED** as legally insufficient.  The Petition [ECF No. 1] is dismissed without prejudice, and the Clerk is directed to **CLOSE** the case.  Should Petitioner file a compliant application by **July 15, 2025**, the case will be reopened.

**DONE AND ORDERED** in Miami, Florida, this 25th day of June, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     Petitioner, *pro se*